# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WASHONDA HOWARD-HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 22-0307-CG-C |
| | ) |
| MOBILE COUNTY HEALTH DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 19, 2022, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 18th day of October, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE