IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WASHONDA HOWARD-HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 22-0307-CG-C |
| | ) |
| MOBILE COUNTY HEALTH DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Washonda Howard-Hunt's action is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P. 41(b), due to her failure to prosecute this action by complying with this Court's lawful order dated and entered August 10, 2022.

**DONE** and **ORDERED** this the 18th day of October, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE